Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

June 28, 20 23

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PARCHEY KELLY, <br><br> Defendant. | NO. **CR23-105 RSM** <br><br> **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of Firearms)

On or about May 30, 2023, in King County, within the Western District of Washington, PARCHEY KELLY, knowing he had been convicted of the following misdemeanor crime of domestic violence:

    i.    *Assault in the Fourth Degree (Domestic Violence – Intimate Partner)*, in Renton Municipal Court, Washington, under cause number 8Z0196592, on or about July 18, 2019;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is:

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a Glock 29 10mm pistol, a Canik pistol, a 5.7 Rock pistol, and a Glock 29 10mm pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(9).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, PARCHEY KELLY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

a. one Glock 29 10mm pistol, and any associated ammunition;

b. one Canik pistol, and any associated ammunition;

c. one 5.7 Rock pistol, and any associated ammunition; and

d. one Glock 29 10mm pistol, and any associated ammunition.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or,

e. has been commingled with other property which cannot be divided without difficulty;

//

//

Indictment - 2
*United States v. Kelly*
USAO No. 2023

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *Yes*

DATED: *June 28, 2023*

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
Acting United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
STEPHEN HOBBS
Assistant United States Attorney

_____
MICHELLE JENSEN
Assistant United States Attorney

Indictment - 3
*United States v. Kelly*
USAO No. 2023